UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHRISTIE KAUTSKY and SUSAN BALMER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC.,<br><br>Defendant. | Cause No. CV 17-06-BLG-SPW-TJC<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Stipulation for Dismissal (Doc. 23),

IT IS HEREBY ORDERED that this matter is **DISMISSED WITH PREJUDICE.**

DATED this 15th day of May, 2018.

SUSAN P. WATTERS
District Court Judge